# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | ) | In Proceedings Under Chapter 7 |
| | ) | |
| EDDIE D. SPURLOCK and, | ) | Case No. 14-30698 |
| AMANDA J. SPURLOCK, | ) | |
| | ) | |
| Debtor. | ) | |

### MOTION TO DISMISS DEBTOR AMANDA J. SPURLOCK FOR FAILURE TO ATTEND 341 MEETING

COMES NOW Robert E. Eggmann, Trustee in Bankruptcy of Amanda J. Spurlock, and files this Motion to Dismiss Debtor, Amanda Spurlock, for Failure to Attend 341 Meeting. In support thereof states the Debtor, Amanda J. Spurlock, failed to attend her 341 Meeting scheduled for August 1, 2014 and September 5, 2014 at 9:00 a.m.

WHEREFORE, Robert E. Eggmann, Trustee in Bankruptcy of Amanda J. Spurlock, prays that this Motion be granted, that Amanda J. Spurlock be dismissed from the above proceeding and for such further relief as this Court deems just and proper.

*/s/ Robert E. Eggmann*
_____
ROBERT E. EGGMANN, Trustee
P.O. Box 479
Collinsville, IL  62234
(618) 222-1900 (Trustee)
(618) 222-1919 (Fax)
reetrustee@demlawllc.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was served by ECF electronic noticing or via regular mail, postage pre-paid, this 15th day of October, 2014, **J.D. Graham, Esq.,** J.D. Graham, P.C., 1103 Frontage Road, O'Fallon, Illinois 62269 and **Office of the United States Trustee,** Becker Building, Room 1100, 401 Main Street, Peoria, IL 61602.

/s/ Robert E. Eggmann
_____